**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ciara Vesey,<br><br>          Plaintiff<br><br>     v.<br><br>Envoy Air, Inc. d/b/a American Eagle Airlines, Inc.,<br><br>          Defendant. | Case No.  1:18-cv-01084<br><br>(Assigned to the Honorable Elaine E. Bucklo) |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

This Corporate Disclosure Statement is filed on behalf of Defendant Envoy Air, Inc. d/b/a American Eagle Airlines, Inc. in compliance with the provisions of: *(check one)*

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_____ No such corporation.

  X    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

**Envoy Air Inc. is a subsidiary of Envoy Aviation Group, which is a subsidiary of American Airlines Group, Inc – a publicly traded company.**

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

Other (please explain) _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**


Dated:          April 30, 2018

                                        Respectfully submitted,


                                        */s/ Stephanie J. Quincy*
                                        Stephanie J. Quincy (AZ No. 014009)
                                        Quarles & Brady LLP
                                        One Renaissance Square
                                        Two North Central Avenue
                                        Phoenix, Arizona 85004-2391
                                        602.229.5407

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 30th day of April 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>HONORABLE ELAINE E. BUCKLO
>United States District Court
>Northern District of Illinois - Eastern Division
>Everett McKinley Dirksen United States Courthouse
>(Courtroom 2243/Chambers 2246)
>219 South Dearborn Street
>Chicago, IL 60604
>
>Carla D. Aikens
>AIKENS LAW FIRM
>615 Griswold, Suite 709
>Detroit, Michigan 48226
>carla@aikenslawfirm.com
>*Attorneys for Plaintiff*

*/s/ Sarah A. Haddix*
An employee of Quarles & Brady LLP

QB\157652.00028\51566882.1