Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Ciara Vesey, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 18-cv-4124 |
| | ) |
| Envoy Air, Inc., doing business as | ) |
| American Eagle Airlines, Inc | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing by her complaint and the case is dismissed.

Dated: 1/6/20

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court