E-FILED
Monday, 27 January, 2020 01:55:52 PM
Clerk, U.S. District Court, ILCD

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| CIARA VESEY, | ) |
| | ) |
| v. | )    Case No.: 18-cv-04124 |
| ENVOY AIR, INC. d/b/a AMERICAN EAGLE | ) |
| AIRLINES, INC. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___01/06/20___ against ___Plaintiff Ciara Vesey___ ,
                                                                   *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1800.76 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 8984.55 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 259.58 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 112.25 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL    $ | $11,157.14 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑    Electronic service          ☐    First class mail, postage prepaid

☐    Other: _____

     s/ Attorney:    ___s/ Lindsay J. Fiore___

         Name of Attorney:   Lindsay J. Fiore

For: _____Defendant_____      Date: ___January 27, 2019___
                       *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
    *Clerk of Court*                              *Deputy Clerk*                   *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Ashley Emerick<br>Morton, IL | 1 | 53.22 | | | | | $53.22 |
| Danielle Griffin<br>Arlington, TX | 1 | 60.88 | | | | | $60.88 |
| Valerie Durant<br>Fort Worth, TX | 1 | 51.37 | | | | | $51.37 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $112.25 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Ciara Vesey v. Envoy Air, Inc. d/b/a American Eagle Airlines, Inc.**
**18-CV-04124-SLD-JEH**

### ADDENDUM TO BILL OF COSTS

| Tab | Inv. Date | Description | Amount | Subtotal |
|-----|-----------|-------------|--------|----------|
| A. | | **Fees for service of summons and subpoena** | | |
| | 04/30/19 | First Legal Network, LLC - Multiple attempts of service of Subpoena to Testify on Irma Stevens; surveillance | 1,271.76[1] | |
| | 04/30/19 | First Legal Network, LLC - Service of Subpoena to Testify on Irma Stevens | 179.00 | |
| | 04/11/19 | ATG LegalServe - Service of Subpoena to Testify on Ashley Emerick | 350.00 | |
| | | | | **$1,800.76** |
| B. | | **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | | |
| | 03/05/19 | Stapf Court Reporting - Deposition Transcript of Carrie McMurray and Teresa White | 573.80 | |
| | 03/13/19 | Esquire Deposition Solutions - Deposition transcript of Ciara Vesey | 2,639.35 | |
| | 05/02/19 | Esquire Deposition Solutions - Deposition transcript of Ashley Emerick | 1,639.25 | |
| | 05/16/19 | Esquire Deposition Solutions - Deposition transcript of Irma Stevens | 2,283.45 | |
| | 06/27/19 | Esquire Deposition Solutions - Deposition transcript of Danielle Griffin | 1,848.70 | |
| | | | | **$8,984.55** |
| C. | | **Fees for witnesses (also included with Bill of Costs)** | | |
| | 04/22/19 | ATG LegalServe - Witness Fee advanced to Ashley Emerick for deposition | 53.22 | |
| | 05/03/19 | Witness check to Danielle Griffin for deposition | 60.88 | |
| | 05/03/19 | Witness check to Valerie Durant for deposition | 51.37 | |
| | | | | **$112.25** |
| D. | | **Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in this case** | | |
| | 06/22/18 | Aloha Print Group - Copy of file from Illinois Department of Human Rights in response to FOIA request | 127.90 | |
| | 10/23/18 | Ciox Health - Obtaining medical records for Ciara Vesey (Subpoena Response) | 69.43 | |

---

[1] The $63.78 witness fee to Ms. Stevens is included in this amount, as this cost appeared in the same invoice as the cost for service of process.

| 12/28/18 | ORA Orthopedics - Obtaining medical records for Ciara Vesey (Subpoena Response) | 20.00 |
| 02/19/19 | Genesis Health Group - Obtaining medical records for Ciara Vesey (Subpoena Response) | 42.25 |

|  | **$259.58** |
| **TOTAL COSTS** | **$11,157.14** |

# EXHIBIT A



**First Legal Investigations**
CA PI: 24171  AZ PI: 1551710  NV PI-PS: 1452
P.O. Box 59701
Los Angeles CA 90074-9701

TAX ID# 91-2199437

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47242 | 98885 |
| Invoice Date | Total Due |
| 4/30/19 | 1,271.76 |

QUARLES & BRADY LLP
ATTN: CHERYL ROSADO
2 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 98885 | 47242 | 4/30/19 | 1,271.76 | 1 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |
| 4/17/19 SURVEILLANCE SERVE | 372200 | SRV | QUARLES & BRADY 2 N CENTRAL AVE PHOENIX          AZ 85004 Caller: Dawn McCombs CaseNo: 4:18-cv-04124-SLD CaseNme: Vesey v. Envoy Air Docs: Letter, Subpoena to Testify at Depo, Notice of Depo Info: INVESTIGATION-LOCATE Signed: PERSONAL SERVICE | Irma Stevens 4346 Clayton Street GRAND PRAIRIE    TX 75050 Comment: MULT ATTS/SURVEIL     Ref: 157652.00028 | | | PROCESS    : ATMPT/ADD : SURVEIL    : MILEAGE    : ADV FEE    : CHECK CHG : | 179.00 179.00 750.00 93.60 63.78 6.38 | 1,271.76 |
| | | | | Invoice Amount:    1,207.98 Fees Advanced:        63.78 Total  Amount Due:    1,271.76 | | | | | |
| | | | | | | | | Total | 1,271.76 |

## INVOICE PAYMENT DUE UPON RECEIPT



**FIrst Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 26032433 | 88067 |
| Invoice Date | Total Due |
| 4/30/19 | 5,651.67 |

QUARLES & BRADY
ATTN: INEZ RAMIREZ
2 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|---|---|
| | | | 88067 | 26032433 | 4/30/19 | 5,651.67 | 8 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 4/11/19<br>PROCESS-FORWARD NEXT DAY | 10353607 | FNP | QUARLES & BRADY<br>2 N CENTRAL AVE<br>PHOENIX      AZ 85004<br>Caller: Dawn McCombs<br>4:18-cv-04124-SLD<br>Vesey v. Envoy Air<br>Letter, Subpoena to Testify at Depo<br><br>Signed: to investigations | Irma Stevens<br>4346 Clayton Street<br>GRAND PRAIRIE  TX 75050<br><br>Please serve the<br>Letter, Subpoena to<br>Testify at<br>Deposition and<br><br>Ref: 157652.00028 | Base Chg :<br>Misc : | 169.00<br>10.00 | 179.00 |
| | | | Total  Charges for Ref. - 157652.00028:   179.00 | | | | |
| 4/24/19<br>DELIVERY-REGULAR VEHICLE | 10355118 | REG | QUARLES & BRADY<br>2 N. Central Avenue<br>PHOENIX      AZ 85004<br>Caller: Pam McCauley<br><br>Signed: M.SALAZAR | AZ Dept. of Water Resources<br>1110 W. Washington St.<br>PHOENIX      AZ 85007<br><br>Ref: 158081.00004 | Base Chg :<br>Fuel Chg : | 17.75<br>2.31 | 20.06 |
| | | | Total  Charges for Ref. - 158081.00004:   20.06 | | | | |
| 4/11/19<br>PROCESS-FORWARD SAME DAY | 10353606 | FSP | Quarles & Brady LLP<br>2 North Central Avenue<br>PHOENIX      AZ 85004<br>Caller: Gail Hardin<br>CV2019-006222<br>KS State Bank v Pacific Genomics<br>Complaint, Order to Show Cause, App<br><br>Signed: Kathleen Moore | Pacific Genomics, LLC<br>19 Kris Ct.<br>NEWARK      DE 19702<br><br>ADVANCE FEE Please<br>have SERVED<br>IMMEDIATELY the<br>attached documents<br><br>Ref: 164246.00009 | Base Chg :<br>Misc : | 189.00<br>10.00 | 199.00 |
| | | | Total  Charges for Ref. - 164246.00009:   298.96 | | | | |
| 4/17/19<br>RESEARCH-ASAP | 10354147 | ARS<br>RET | Quarles & Brady<br>2 N Central Ave<br>PHOENIX      AZ 85004<br>Caller: Gail Hardin<br>CV2019-006222<br>KS State Bank v Pacific Genomics<br>Certified Copy-Order Appointing Rec<br><br>Signed: DELIVERED | MARICOPA COUNTY RECORDS<br>601 W JACKSON AVE<br>PHOENIX      AZ 85003<br><br>Receiver RUSH/ASAP.<br>Let me know if you<br>have any questions.<br>Please return to our<br><br>Ref: 164246.00009 | Base Chg :<br>Return :<br>Fuel Chg :<br>Adv/Wit Ck:<br>Check Chg : | 32.50<br>26.75<br>7.71<br>30.00<br>3.00 | 99.96 |
| | | | | | | | Continued |

**INVOICE PAYMENT DUE UPON RECEIPT**

# ATG
## LegalServe

105 W. Adams Street, Suite 1350, Chicago, IL 60603, 312.855.0303
Tax ID 27-0643983

Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654
Sec: **Sidney Mullenax**

Invoice #: 101645

Date: 04/11/2019

## INVOICE FOR SERVICE

**Service #221708**                                              **Your File#**
Ashley Emerick
Ciara Vesey v. Envoy Air, Inc. d/b/a
American Eagle Airlines, Inc.                    Court Case #: 4:18 CV 4124 SLD JEH
Address Serve: 111 Cottonwood Drive ,
Morton, IL 61550

Downstate Area Rush IYS            4/6/19 - Personal Service to        **$175.00**
                                   Ashley Emerick - Letter;
                                   Subpoena to Testify at a
                                   Deposition in a Civil Action;
                                   Witness Fee: $53.22; Notice
                                   of Videotaped Deposition of
                                   Ashley Emerick

**Service #221250**                                              **Your File#**
Ashley Emerick
Ciara Vesey v. Envoy Air, Inc. d/b/a
American Eagle Airlines, Inc.                    Court Case #: 4:18 CV 4124 SLD JEH
Address Serve: 1546 Spring Bay Road,
Unit 7 , East Peoria, IL 61611

Downstate Area Rush IYS            4/2/19 - Non-Service to            **$175.00**
                                   Ashley Emerick

**TOTAL CHARGES:**                                               **$350.00**

**BALANCE:**                                                     **$350.00**

**PAYMENT TERMS: DUE**

1

# EXHIBIT B

# STAPF COURT REPORTING
## Registered Professional Reporter

| TO: | LINDSAY J. FIORE | KONNI L. STAPF |
|---|---|---|
| | Quarles & Brady, LLP | 65 Barrington Circle |
| | Two North Central Avenue | Hampton, IL 61256 |
| | Phoenix, AZ 85004 | office/cell (309) 269-9663 |
| | 602.229.5200 | konni@mchsi.com |
| | lindsay.fiore@quarles.com | |

INVOICE NO.:    022019LF
INVOICE DATE:    3.5.19

IN RE:   VESEY v. ENVOY AIR

DATE
2.20.19

| DEPOSITION OF: | CARRIE A. McMURRAY | | | |
|---|---|---|---|---|
| COPY | 92 | Rate | $1.90 | $174.80 |
| DEPOSITION OF: | TERESA A. WHITE | | | |
| COPY | 210 | Rate | $1.90 | $399.00 |
| PER DIEM (hrs) | 0 | Rate | $50.00 | $0.00 |
| PER DIEM (aftrhrs) | 0 | Rate | $82.50 | $0.00 |
| EXHIBITS | 0 | Rate | $0.15 (scanned) | $0.00 |
| MILAGE | 0 | Rate | $25.00 | $0.00 |
| POSTAGE | 0 | Rate | $6.95 | $0.00 |
| COMPUTER | 0 | Rate | $50.00 (zoom set up) | $0.00 |

TOTAL INVOICE:        $573.80

PAYMENT DUE UPON RECEIPT

** Please make check payable to Konni L. Stapf
Please Indicate Invoice Number With Your Payment- THANK YOU!



**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice*  **INV1434743**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | |
|---|---|---|
| **Date** | 3/13/2019 | **Client Number** C07596 |
| **Terms** | Net 30 | **Esquire Office** Phoenix |
| **Due Date** | 4/12/2019 | **Proceeding Type** Deposition |
| | | **Name of Insured** |
| | | **Adjuster** |
| | | **Firm Matter/File #** |
| | | **Client VAL ID** |
| | | **Date of Loss** |

**Bill To**

Quarles & Brady - Phoenix
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

**Services Provided For**

Quarles & Brady - Phoenix
Fiore, Lindsay J
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/18/2019 | J3259096 | Davenport, IOWA | CIARA VESEY V. ENVOY AIR, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Ciara Vesey | 1 | 50.00 | 50.00 |
| APP FEE: ADDITIONAL HOURS | Ciara Vesey | 6.5 | 50.00 | 325.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Ciara Vesey | 1 | 75.00 | 75.00 |
| TRANSCRIPT - O&1-VID-VTC-WI | Ciara Vesey | 358 | 5.35 | 1,915.30 |
| EXHIBITS B&W | Ciara Vesey | 91 | 0.55 | 50.05 |
| PROCESSING & COMPLIANCE | Ciara Vesey | 1 | 45.00 | 45.00 |
| EXHIBITS COLOR | Ciara Vesey | 65 | 1.95 | 126.75 |

*Representing Client: Quarles & Brady - Milwaukee : Quarles & Brady - Phoenix*

| | |
|---|---|
| **Subtotal** | 2,587.10 |
| **Shipping Cost (FedEx)** | 52.25 |
| **Total** | 2,639.35 |
| **Amount Due** | $2,639.35 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Quarles & Brady - Phoenix |
| **Client #** | C07596 |
| **Invoice #** | INV1434743 |
| **Invoice Date** | 3/13/2019 |
| **Due Date** | 4/12/2019 |
| **Amount Due** | **$ 2,639.35** |



**ESQUIRE**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice*  **INV1470046**

| | | | |
|---|---|---|---|
| **Date** | 5/2/2019 | **Client Number** | C07596 |
| **Terms** | Net 30 | **Esquire Office** | Phoenix |
| **Due Date** | 6/1/2019 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**

Quarles & Brady - Phoenix
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

**Services Provided For**

Quarles & Brady - Phoenix
Quincy, Stephanie J
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/15/2019 | J3927248 | Peoria, ILLINOIS | CIARA VESEY V. ENVOY AIR, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Ashley L. Emerick | 1 | 65.00 | 65.00 |
| APP FEE: ADDITIONAL HOURS | Ashley L. Emerick | 4 | 65.00 | 260.00 |
| TRANSCRIPT - ORIGINAL-VID-WI | Ashley L. Emerick | 282 | 4.20 | 1,184.40 |
| EXHIBITS W/ TABS | Ashley L. Emerick | 6 | 0.55 | 3.30 |
| CONDENSED TRANSCRIPT | Ashley L. Emerick | 1 | 25.00 | 25.00 |
| PROCESSING & COMPLIANCE | Ashley L. Emerick | 1 | 45.00 | 45.00 |
| EXHIBITS COLOR | Ashley L. Emerick | 29 | 1.95 | 56.55 |

*Representing Client: Quarles & Brady - Milwaukee : Quarles & Brady - Phoenix*

| | |
|---|---|
| **Subtotal** | 1,639.25 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 1,639.25 |
| **Amount Due** | $1,639.25 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| | |
|---|---|
| **Client Name** | Quarles & Brady - Phoenix |
| **Client #** | C07596 |
| **Invoice #** | INV1470046 |
| **Invoice Date** | 5/2/2019 |
| **Due Date** | 6/1/2019 |
| **Amount Due** | **$ 1,639.25** |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

 ESQUIRE

**2700 Centennial Tower**
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV1480364**

| | | | |
|---|---|---|---|
| **Date** | 5/16/2019 | **Client Number** | C07596 |
| **Terms** | Net 30 | **Esquire Office** | Phoenix |
| **Due Date** | 6/15/2019 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**

Quarles & Brady - Phoenix
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

**Services Provided For**

Quarles & Brady - Phoenix
Fiore, Lindsay J
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 5/2/2019 | J3998754 | Irving, TEXAS | CIARA VESEY V. ENVOY AIR, INC. |

| Description | Deponent | Qty | Unit Price | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR OVERTIME | Irma Stevens | 1 | 60.00 | 60.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Irma Stevens | 1.25 | 60.00 | 75.00 |
| APP FEE: WAIT TIME | Irma Stevens | 0.25 | 85.00 | 21.25 |
| TRANSCRIPT - O&1-M/T-VID-WI | Irma Stevens | 301 | 6.05 | 1,821.05 |
| EXHIBITS W/TABS | Irma Stevens | 165 | 0.55 | 90.75 |
| EXHIBITS COLOR | Irma Stevens | 17 | 1.95 | 33.15 |
| CONDENSED TRANSCRIPT | Irma Stevens | 1 | 25.00 | 25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Irma Stevens | 1 | 50.00 | 50.00 |
| PROCESSING & COMPLIANCE | Irma Stevens | 1 | 45.00 | 45.00 |

*Representing Client: Quarles & Brady - Milwaukee : Quarles & Brady - Phoenix*

| | |
|---|---|
| **Subtotal** | 2,221.20 |
| **Shipping Cost (FedEx)** | 62.25 |
| **Total** | 2,283.45 |
| **Amount Due** | $2,283.45 |

Attorney is responsible for payment of all charges incurred. Payment is due by 'Due Date' shown on invoice. Failure to pay by 'Due Date' may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Quarles & Brady - Phoenix |
| **Client #** | C07596 |
| **Invoice #** | INV1480364 |
| **Invoice Date** | 5/16/2019 |
| **Due Date** | 6/15/2019 |
| **Amount Due** | **$ 2,283.45** |


# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice  INV1486645*

| | |
|---|---|
| **Date** | 5/28/2019 |
| **Terms** | Net 30 |
| **Due Date** | 6/27/2019 |

| | |
|---|---|
| **Client Number** | C07596 |
| **Esquire Office** | Phoenix |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**

Quarles & Brady - Phoenix
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

**Services Provided For**

Quarles & Brady - Phoenix
Fiore, Lindsay J
1 Renaissance Square
2 North Central Avenue
Phoenix AZ 85004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 5/3/2019 | J3927133 | Irving, TEXAS | CIARA VESEY V. ENVOY AIR, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-VID-WI | Danielle Griffin | 290 | 5.65 | 1,638.50 |
| CONDENSED TRANSCRIPT | Danielle Griffin | 1 | 25.00 | 25.00 |
| EXHIBITS W/TABS | Danielle Griffin | 69 | 0.55 | 37.95 |
| DIGITAL TRANSCRIPT-PDF-PTX | Danielle Griffin | 1 | 50.00 | 50.00 |
| PROCESSING & COMPLIANCE | Danielle Griffin | 1 | 45.00 | 45.00 |
| TRAVEL CHARGE - CR | Danielle Griffin | 1 | 0.00 | 0.00 |

*Representing Client: Quarles & Brady - Milwaukee : Quarles & Brady - Phoenix*

| | |
|---|---|
| **Subtotal** | 1,796.45 |
| **Shipping Cost (FedEx)** | 52.25 |
| **Total** | 1,848.70 |
| **Amount Due** | $1,848.70 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on Invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Quarles & Brady - Phoenix |
| **Client #** | C07596 |
| **Invoice #** | INV1486645 |
| **Invoice Date** | 5/28/2019 |
| **Due Date** | 6/27/2019 |
| **Amount Due** | **$ 1,848.70** |

EXHIBIT C

# ATG
## LegalServe

105 W. Adams Street, Suite 1350, Chicago, IL60603, 312.855.0303
Tax ID 27-0643983

Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654
Sec: **Sidney Mullenax**

Invoice #: 102155

Date: 04/22/2019

## INVOICE FOR SERVICE

**Service #221708**
Ashley Emerick
Ciara Vesey v. Envoy Air, Inc. d/b/a
American Eagle Airlines, Inc.
Address Serve: 111 Cottonwood Drive ,
Morton, IL 61550

**Your File#**

Court Case #: 4:18 CV 4124 SLD JEH

| | | |
|---|---|---|
| Witness Check Advanced IYS | Advanced Witness & Mileage Fee for Ashley Emerick | **$53.22** |
| **TOTAL CHARGES:** | | **$53.22** |
| **BALANCE:** | | **$53.22** |

**Please make checks payable to
ATG LEGALSERVE INC.
P.O.BOX 9136
CHAMPAIGN,IL 61826-9136**

PAYMENT TERMS: DUE
UPON RECEIPT

**Credit card payments are accepted
through the "Client Portal" selection on
our website: www.atglegalserve.com**

3

Mileage Fees: $40 a day plus $0.58 per mile.

Deposition of Danielle Griffin:

2205 Highland Villa Lane, Arlington, TX 76012 to
4301 Regent Blvd, Irving, TX 75063 (Envoy Headquarters)

---

= 18 miles one way
= 36 total miles
= 40 + (36*0.58) = 60.88

Total Witness Fee for Danielle Griffin is **60.88.**



Mileage Fees: $40 a day plus $0.58 per mile.

Deposition of Valerie Durant

4333 Amon Carter Boulevard, Fort Worth, TX 76155 (AA Headquarters) to
4301 Regent Blvd, Irving, TX 75063 (Envoy Headquarters)

$$= 9.8 \text{ miles one way}$$
$$= 19.6 \text{ total miles}$$
$$= 40 + (19.6 * 0.58) = 51.368$$

Total Witness Fee for Valerie Durant is **$51.37.**



# EXHIBIT D



# Invoice

| | |
|---|---|
| Invoice Number: | **141553** |
| Date: | 6/22/2018 |
| Terms: | Net 30 |
| Due Date: | 7/22/2018 |

Sold to:

Quarles & Brady

Ordered by: **S Quincy**

Client Reference: **2017SF0870/2017F1502**
Originals from Illinois Dept. of Human Rights

Job Number: **618-0460**

Sales Rep: **SJY**

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 786 | B/W Scans 8.5x11 | 0.15 | 117.90 |
| 1 | PDF Export to Email | 10.00 | 10.00 |
| | Vesey v Envoy Air | | |

Remit to:

Aloha Print Group
60 E. Van Buren St. S-1502
Chicago, IL 60605

FEIN: 30-0059700

| **PAY THIS AMOUNT:** | **$127.90** |
|---|---|

*Past due invoices are subject to 1.5% interest per month.*

To pay this invoice using our secure payment portal, click here -
http://www.alohaprintgroup.com/contact/pay-invoice.aspx



**CIOX**
HEALTH
**INVOICE**

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**Invoice #:** 0258458151
**Date:** 10/23/2018
**Customer #:** 1977983

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LINDSAY FIORE<br>QUARLES AND BRADY LLP<br>RENAISSANCE ONE<br>2 N CENTRAL AVE<br>PHOENIX, AZ 85004-2322 | LINDSAY FIORE<br>QUARLES AND BRADY LLP<br>RENAISSANCE ONE<br>2 N CENTRAL AVE<br>PHOENIX, AZ 85004-2322 | EXPRESS CARE JOHN DEERE ROAD<br>5401 44TH AVENUE DRIVE<br>STE 100<br>MOLINE, IL 61265 |

**Requested By:** QUARLES AND BRADY LLP
**Patient Name:** VESEY CIARA

**DOB:** 080286

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 27.91 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 11 | 0.70 | 7.70 |
| Per Page Copy (Paper) 2 | 25 | 1.05 | 26.25 |
| Shipping | | | 2.68 |
| Subtotal | | | 64.54 |
| Sales Tax | | | 4.89 |
| Invoice Total | | | 69.43 |
| Balance Due | | | 69.43 |

Pay your invoice online at https://paycioxhealth.com/pay/

**Terms: Net 30 days**

**Please remit this amount : $ 69.43 (USD)**

---
✂
---

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: 0258458151 |
|---|
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

# Invoice

Remit To:
ORA ORTHOPEDICS
Ali Gilbreath
2300 53RD AVE
BETTENDORF, IA 52722
(563) 322-0971 x5061 (p) 563-324-0615 (f)
TaxID (36-2691642)

**Invoice Number**
IN20181228113245110

**Invoice Date**
12/28/2018

**Provider Acct No.**
P1500-1
ORA ORTHOPEDICS

| Bill To |
|---|
| QUARLES & BRADY LLP |
| LINDAY FIORE |
| RENAISSANCE ONE TWO NORTH CENTRAL A |
| PHEONIX , ARIZONA 85004-2391 |
| (602) 229-5200 (p) (602) 229-5690 (f) |

**Requestor Acct No.**
R100274

**Request Date**
12/28/2018

**Requestor PIN**
7601

**Request ID**
REQ20181228113245110

**Patient Name**
VESEY,CIARA
1046309

All requested documents may be viewed at WWW.ABTROIPLUS.COM
You will need your Requestor Account Number and PIN for authorized access.

(Contact Ali Gilbreath at AGilbreath@qcora.com or (563) 322-0971 x5061 for assistance.)

| Reference | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| ROI Charges | | Per Iowa Administrative Code r. 876-8.9 | | |
| | | Fees based on request reference for the following Rate Type: | | |
| | | Workers Comp - standard clinic request | | |
| | | Billing Rates: $20.00 for pages 1-20 | | |
| Pages | 20 | $20.00 page 1-20 | | $20.00 |
| | | Billing Rates: $1.00 per page for pages 21-30 | | |
| Pages | 10 | $1.00 per page | | $10.00 |
| | | Billing Rates: $0.50 per page for pages 31-100 | | |
| Pages | 45 | $0.50 per page | | $22.50 |
| Additional Fees (1) | 1 | WORK COMP ADJUSTMENT | ($32.50) | ($32.50) |
| Billing Reference | 1 | Billable | | |
| Please remit to above address. | | | | |

| | | |
|---|---|---|
| Subtotal | $20.00 | |
| Adjustment - | $0.00 | |
| TOTAL | $20.00 | |

| Phone # | Fax # | Email | Web Site |
|---|---|---|---|
| (563) 322-0971 x5061 | 563-324-0615 | AGilbreath@qcora.com | www.abtroiplus.com |

*Quarles & Brady LLP*

## Medical Record Charges

### Medical Records Charges / Release of Patient Information

Patient Name *Visay, Ciara*  DOB *8/2/86*          *33 Total Pages*

No Records Found_____

No Charge_____

Pages 1-20    $20.00 Handling Fee                              *20.00*

Plus Additional Fee of first 25 pages $.75 per page          *18.75*

For Pages 26 - 50  $.50 per page                             *3.50*

For Pages 50+      $.25 per page
                                                             *42.25*
Postage for Shipping    25 pages $1.30
                        50 pages $2.20
                        75 pages $3.15
                       100 pages $3.95

→ Billed Amount *$42.25*

Date Records were mailed/faxed *2/19/19 -cc*

Genesis Health System
Family Practice N. GHG-DAV
210 W 53rd St
Davenport, Iowa 52806

Tax ID# 421418847



GENESIS
HEALTH GROUP