IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCKLAND DIVISION

CIARA VESEY
                Plaintiff

      V                              Case number 4:18-cv-04124-SLD-JEH

ENVOY AIR, INC. d/b/a AMERICAN
EAGLE AIRLINES, INC.,

                Defendant

## NOTICE OF APPEAL

Plaintiff CIARA VESEY does hereby appeal the decision of this Court entered on March 12, 2020.

                Signed:   /s/ Carla D. Aikens, Esq.

                Address:  Carla D. Aikens, P.C.
                          Attorneys for Plaintiff
                          615 Griswold St., Suite 709
                          Detroit, MI 48226
                          P: (844) 835-2993, Ext. 1
                          F: (877) 454-1680