# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 13, 2020

**To:**   Shig Yasunaga
   Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-1606
>
> Caption:
> CIARA VESEY,
> Plaintiff - Appellant
>
> v.
>
> ENVOY AIR, INCORPORATED, doing business as AMERICAN EAGLE AIRLINES, INC.,
> Defendant - Appellee
>
> ---
>
> District Court No: 4:18-cv-04124-SLD-JEH
> Clerk/Agency Rep Shig Yasunaga
> District Judge Sara Darrow
>
> Date NOA filed in District Court: 04/10/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)