# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 15, 2020

*By the Court:*

| No. 20-1606 | CIARA VESEY,<br>Plaintiff - Appellant<br><br>v.<br><br>ENVOY AIR, INCORPORATED, doing business as AMERICAN EAGLE AIRLINES, INC.,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:18-cv-04124-SLD-JEH<br>Central District of Illinois<br>District Judge Sara Darrow ||

**IT IS ORDERED** that counsel in this appeal shall present oral argument either telephonically or by video communications. No attorneys will be present in the courtroom. The clerk's office will contact counsel with further instructions.

**MOTIONS TO WAIVE ORAL ARGUMENT: If the appeal can be resolved based on the briefs and record and the decisional process would not be significantly aided by oral argument,** *see* **FED. R. APP. P. 34(a), counsel may file a motion under Circuit Rule 34(e) to waive oral argument. The court encourages counsel to confer with opposing counsel when considering a motion to waive oral argument and prefers joint motions. A motion to waive oral argument must be filed no later than seven days before the date of argument.**

form name: **c7_Order_BTC**(form ID: **178**)